UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:24-CR-213 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC POWELL, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

The trial in this matter is scheduled to begin on June 30, 2025.  To ensure *pro se* Defendant Eric Powell has sufficient time to review discovery materials and prepare for trial, the Northeast Ohio Correctional Center ("NEOCC") is hereby ORDERED to provide Mr. Powell access to a computer or other electronic device for up to five (5) hours each day from the date of this Order and continuing through June 30, 2025.  After June 30, 2025, NEOCC must provide Mr. Powell access to a computer or other electronic device for up to three (3) hours each day until trial concludes.

To further ensure Mr. Powell has sufficient access to review certain video recordings with stand-by counsel or stand-by counsel's designee in advance of trial, the United States Marshal Service is hereby ORDERED to transport Mr. Powell to the Carl B. Stokes U.S. Courthouse for the day on June 27, 2025, with regular transport hours to apply.

**IT IS SO ORDERED.**

Date:  June 23, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE